# Third District Court of Appeal
## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1011
Lower Tribunal Nos. F95-547, F94-40664, F94-20414E

————————

**Daniel Rodriguez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Spencer Multack, Judge.

Daniel Rodriguez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.